IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DELOIS BARTON, PEARL FRANKLIN,**
**ELIJAH SLAUGHTER, TIFFANY**
**DANIELS, ETHEL WILKINS,**
**RAGENIQUE DAVIS, and ZAYLOR**
**WILKINS**                                                                                             **PLAINTIFFS**

v.                              Case No. 2:19-cv-00025 KGB

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                                                  **DEFENDANT**

## ORDER

Before the Court is a joint motion to dismiss complaint with prejudice (Dkt. No. 9). In the motion, the parties represent that they have settled all matters set forth in the complaint (*Id.*, ¶ 1). The parties represent that they desire to dismiss with prejudice the complaint in its entirety as a condition of their settlement (*Id.*, ¶ 2). Although the motion is only signed by counsel for defendant State Farm Mutual Automobile Insurance Company ("State Farm"), the motion indicates that plaintiffs have authorized State Farm to file the joint motion and to represent to the Court that party's acquiescence in this settlement and dismissal of the complaint (*Id.*, ¶ 3). For good cause shown, the Court grants the parties' joint motion to dismiss complaint with prejudice (Dkt. No. 9).

It is so ordered this 19th day of December, 2019.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge